UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 16178
    JOEL BARTLETT HEINEMAN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-0303
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1. The case was filed on 12/07/06 and confirmed on 03/15/07.

   2. The case was dismissed after confirmation, 09/07/2007.

   3. The Debtor paid a total of $   3250.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INTERNAL REVENUE SERVICE | PRIORITY | 303.70 | .00 | 203.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 767.35 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 464.01 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 6277.26 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 4221.50 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 1030.87 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1033.42 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1115.46 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2792.48 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1635.49 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 7034.73 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2794.04 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2353.22 | .00 | .00 |
| WALMART | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | UNSECURED | 13795.30 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | 303.70 | 45315.13 | .00 | 45618.83 |
| PRINCIPAL PAID | .00 | 203.10 | .00 | .00 | 203.10 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 203.10 | .00 | .00 | 203.10 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3000.00
and was paid $   100.00  direct and $   2900.00  through the plan.

The Trustee received $    146.90 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/18/07                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 16178 JOEL BARTLETT HEINEMAN